UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SADARI IMARI BROWN,

    Plaintiff,

v.                                          Case No. 12-14829

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                              /

**JUDGMENT**

In accordance with the court's "Opinion and Order (1) Overruling Plaintiff's Objection, (2) Adopting the Magistrate Judge's Report and Recommendation, (3) Granting Defendant's Motion for Summary Judgment, and (4) Denying Plaintiff's Motion for Summary Judgment," dated March 21, 2014,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Sadari Imari Brown. Dated at Detroit, Michigan, this 21st day of March 2014.

                                                    DAVID J. WEAVER
                                                    CLERK OF THE COURT


                                                      S/Lisa Wagner
                                        By: Case Manager and Deputy Clerk to
                                            Judge Robert H. Cleland